

FILED
APR 4 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CAMPOS, | CASE NO. CV F 08-001 GSA |
| | (New case number) |
| Plaintiff, | ORDER TO SIGN AND RETURN |
| vs. | MAGISTRATE JUDGE CONSENT FORM |
| CITY OF MERCED and JEFFREY HORN, | |
| Defendants. | |

The parties' counsel indicated that they consent to the conduct of all further proceedings, including trial, before a United States Magistrate Judge. Accordingly, this Court:

    1.    ORDERS the parties' counsel, **no later than April 14, 2008,** to date, sign and file a Consent to Exercise of Jurisdiction by a United States Magistrate Judge ("consent form"); and

    2.    DIRECTS the clerk to attach a consent form to this order.

**All papers shall bear the new case number CV F 08-001 GSA.**

IT IS SO ORDERED.

Dated: April 4, 2008

Hon. ~~Lawrence~~ J. O'Neill
United States District Judge

1