# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CAMPOS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF MERCED et al.,<br><br>　　　　　　　Defendants. | 08-cv-0001  GSA<br><br>AMENDED SCHEDULING<br>CONFERENCE ORDER |

    On December 2, 2008, just prior to the scheduled pretrial conference, the parties filed a stipulation to move all of the previously scheduled dates in this case.  The trial is scheduled for January 26, 2009.  The stipulation however did not establish good cause to justify the continuance.  On December 5, 2008 the court held a status conference to assess the status of the case.  Juan Falcon appeared personally on behalf of the Plaintiff and Dale Allen appeared telephonically on behalf of the Defendants.

    After conferring with the parties, the court has determined that good cause exists for the continuance.  **The parties are advised that in addition to the dates set at the status conference, the court is requiring that any Motions in Limine be filed in conjunction with the Pretrial Statement as there is only a week between the pretrial conference and the trial. Any oppositions to the Motions in Limine are due no later that August 7, 2009.   All**

**Motions in Limine will be heard at the pretrial conference**. All of the new deadlines are outlined as follows :

Initial Disclosures : January 9, 2009
Expert Disclosures: February 27, 2009
Non-Expert Discovery : March 13, 2009
Expert Discovery: March 31, 2009
Non-Dispositive and Dispositive Motions Filing Deadline : April 30, 2009
Settlement Conference before Judge Beck : June 18, 2009 at 10:00 am
Pretrial Statements : July 24, 2009
Motions in Limine : July 24, 2009
Any Opposition to the Motions in Limine : August 7, 2009
Pretrial Conference : August 17, 2009 at 10:00 am
Trial : August 24, 2009 at 9:00 am

All hearings and the trial will be held in Courtroom 10 except for the settlement conference which will be held in Courtroom 9 before the Honorable Dennis L. Beck. The parties shall be notify the court immediately if they are not able to comply with these amended dates. Any requests for future continuances will need to establish good cause in order for the court to make additional amendments to this schedule.

IT IS SO ORDERED.

Dated:   **December 11, 2008**           /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE