# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CAMPOS,<br><br>                    Plaintiff,<br><br>        v.<br><br>CITY OF MERCED et al.,<br><br>                    Defendants. | 08-cv-0001  GSA<br><br>THIRD AMENDED SCHEDULING<br>CONFERENCE ORDER |

On September 3, 2009, a status conference was held.  Juan Falcon appeared personally on behalf of the Plaintiff, and Dale Allen appeared telephonically on behalf of the Defendants.  At the status conference, the Court set a revised schedule in this case.  The new deadlines are as follows :

Non-expert Discovery : November 1, 2009

Expert Disclosure : November 16, 2009

Supplemental Disclosure : November 30, 2009

Expert Discovery Deadline : December 31, 2009

Non-Dispositive Motions : January 8, 2010

Dispositive Motions : January 29, 2010

Pretrial Conference : April 15, 2010 at 11:00 am

1

Trial : June 15, 2010 at 8:30 am

All hearings and the trial will be held in Courtroom 10.  The parties shall notify the court immediately if they are not able to comply with these amended dates.  Any requests for future continuances will need to establish good cause in order for the Court to make additional amendments to this schedule.  The parties are also advised that all other orders contained in Judge O'Neill's scheduling order issued on April 4, 2008, remain in full force and effect.

In addition to the above, Plaintiff indicated in the joint case status report that he will abandon his conspiracy claims.  Plaintiff is advised that any dismissal papers regarding any claims or causes of action shall be filed no later than **September 30, 2009.**

Failure to comply with this order may result in this imposition of sanctions.

IT IS SO ORDERED.

**Dated:   September 3, 2009**              /s/ **Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE