| | |
|---|---|
| 1 | DALE L. ALLEN, JR., # 145279 |
|   | DIRK D. LARSEN, #246028 |
| 2 | LOW, BALL & LYNCH |
|   | 505 Montgomery Street, 7th Floor |
| 3 | San Francisco, California  94111-2584 |
|   | Telephone (415) 981-6630 |
| 4 | Facsimile (415) 982-1634 |
|   | Email: dallen@lowball.com |
| 5 | Email: dlarsen@lowball.com |
| 6 | Attorneys for Defendants |
|   | CITY OF MERCED and |
| 7 | MERCED POLICE OFFICER JEFFREY HORN |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOSEPH CAMPOS, | Case No. 1:08-CV-00001GSA |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE EXPERT-DISCOVERY DEADLINES |
| vs. | |
| CITY OF MERCED, MERCED POLICE OFFICER JEFFREY HORN, and DOES 1 through 50, inclusive, | |
| Defendants. | |

The parties to the above-captioned action, through their respective counsel, hereby stipulate as set forth below and respectfully request that the Court enter an order pursuant to their stipulation:

1. That the deadline for expert disclosure be continued from November 16, 2009, to November 30, 2009;

2. That the deadline for supplemental disclosure be continued from November 30, 2009, to December 14, 2009;

///

///

1    3.   That the deadline for conducting expert discovery be continued from December 31, 2009,
2  to January 14, 2010;
3    4.   That the deadline for non-dispositive motions be continued from January 8, 2010, to
4  January 22, 2010.
5    Good cause for the requested continuance exists because:
6    1.   Eric P. Escamilla, Esq., counsel for plaintiff Joseph Campos, only associated in as
7  plaintiff's counsel on October 16, 2009, following the suspension of plaintiff's prior counsel by the State
8  Bar, and thus requires additional time to become familiar with the issues in the present matter before
9  conducting expert discovery;
10    2.   The parties do not request a continuance of the dispositive-motion, pretrial-conference or
11  trial dates, and do not anticipate that the continuance requested herein will affect their ability to prepare
12  for trial under the present schedule.
13    SO STIPULATED.
14
15    Dated: November 16, 2009.
16                               LOW, BALL & LYNCH
17
18                               By  s/ Dirk D. Larsen
19                                 DALE L. ALLEN, JR.
                                    DIRK D. LARSEN
                                    Attorneys for Defendants
20                                 CITY OF MERCED and
                                    MERCED POLICE OFFICER JEFFREY HORN
21
22    Dated: November 16, 2009.
23                               LAW OFFICE OF ERIC P. ESCAMILLA
24
25                               By   /s/ Eric P. Escamilla
                                    ERIC P. ESCAMILLA
26                                 Attorneys for Plaintiff
                                    JOSEPH CAMPOS
27
28

# **ORDER**

Pursuant to the stipulation of the parties herein, and good cause appearing therefore, the Court HEREBY ORDERS:

1. That the deadline for expert disclosure be continued from November 16, 2009, to November 30, 2009;

2. That the deadline for supplemental disclosure be continued from November 30, 2009, to December 14, 2009;

3. That the deadline for conducting expert discovery be continued from December 31, 2009, to January 14, 2010;

4. That the deadline for non-dispositive motions be continued from January 8, 2010, to January 22, 2010.

IT IS SO ORDERED.

**Dated:     November 18, 2009**                    /s/ Gary S. Austin
                                                     UNITED STATES MAGISTRATE JUDGE