DALE L. ALLEN, JR., # 145279
DIRK D. LARSEN, #246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California  94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634
Email: dallen@lowball.com
Email: dlarsen@lowball.com

Attorneys for Defendants
CITY OF MERCED and
MERCED POLICE OFFICER JEFFREY HORN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOSEPH CAMPOS, | Case No. 1:08-CV-00001-GSA |
| Plaintiff, | STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT MERCED POLICE OFFICER JEFFREY HORN AND ORDER |
| vs. | |
| CITY OF MERCED, MERCED POLICE OFFICER JEFFREY HORN, and DOES 1 through 50, inclusive, | |
| Defendants. | |

The parties to the above-captioned matter, by and through their respective counsel, hereby stipulate as follows:

1.      That plaintiff JOSEPH CAMPOS' complaint and all causes of action contained therein be dismissed with prejudice as to defendant MERCED POLICE OFFICER JEFFREY HORN, each party to bear their own attorney's fees and costs.

///
///
///
///
///

Accordingly, the Parties jointly request the Court to dismiss Plaintiff's complaint and all causes of action contained therein as to defendant Horn.


Dated: June 8, 2010.

LOW, BALL & LYNCH


By___s/ Dirk D. Larsen_____
DALE L. ALLEN, JR.
DIRK D. LARSEN
Attorneys for Defendants
CITY OF MERCED and
MERCED POLICE OFFICER JEFFREY HORN

Dated: June 8, 2010.

LAW OFFICE OF ERIC P. ESCAMILLA


By___s/ Eric P. Escamilla_____
ERIC P. ESCAMILLA
Attorneys for Plaintiff
JOSEPH CAMPOS

**ORDER**

All parties and counsel are reminded that dispositional documents in light of the Notice of Settlement shall be filed no later than June 28, 2010, as previously ordered.

IT IS SO ORDERED.

**Dated:   June 10, 2010       _____/s/ Gary S. Austin_____**
UNITED STATES MAGISTRATE JUDGE