DALE L. ALLEN, JR., # 145279
DIRK D. LARSEN, #246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634
Email: dallen@lowball.com
Email: dlarsen@lowball.com

Attorneys for Defendants
CITY OF MERCED and
MERCED POLICE OFFICER JEFFREY HORN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JOSEPH CAMPOS,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF MERCED, MERCED POLICE OFFICER JEFFREY HORN, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:08-CV-00001-GSA<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |

1. Plaintiff JOSEPH CAMPOS and defendant CITY OF MERCED (collectively the "Parties") have entered into a Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney's fees and costs.

///

///

///

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

Dated: June 18, 2010.

LOW, BALL & LYNCH

By s/ Dirk D. Larsen
DALE L. ALLEN, JR.
DIRK D. LARSEN
Attorneys for Defendants
CITY OF MERCED and
MERCED POLICE OFFICER JEFFREY HORN

Dated: June 18, 2010.

LAW OFFICE OF ERIC P. ESCAMILLA

By s/ Eric P. Escamilla
ERIC P. ESCAMILLA
Attorneys for Plaintiff
JOSEPH CAMPOS

**ORDER**

Having considered the Parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. That the above-captioned action, *Campos v. City of Merced et al*, Case No. 1:08-CV-00001-GSA, is hereby DISMISSED WITH PREJUDICE, each party to bear their own costs and attorney's fees.

IT IS SO ORDERED.

**Dated: June 18, 2010**

/s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE